UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

THE RAYMOND CORPORATION,

    Plaintiff,

v.

                                          Case No. 09-CV-316

JUNGHEINRICH LIFT TRUCK
CORPORATION and JUNGHEINRICH AG,

    Defendant.

---

**ORDER TO APPOINT SPECIAL PROCESS SERVER**

---

**IT IS HEREBY ORDERED:**

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Jungheinrich AG, in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign county, and in a manner reasonably calculated to give notice.

    Dated this 26TH day of MAY, 2009.

                                                        BY THE COURT

                                                        [signature]